# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOHNNIE CLINTON RITCHIE,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Commissioner of Social Security Administration<br>*Defendant* | Civil Action No. 2:12-CV-05037-LMB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:



This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Larry M. Boyle, U.S. Magistrate Judge   on a motion for Summary Judgment. The decision of the Commissioner is affirmed and this action is dismissed in its entirety with prejudice.

Date: January 3, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*

Pam Howard